JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA TERESA HERRERA,<br><br>   Plaintiff,<br><br>  v.<br><br>THE PICTSWEET COMPANY, <u>et</u> <u>al.</u>,<br><br>   Defendants. | Case No. CV 14-8166 FMO (AGRx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

  Pursuant to the Magistrate Judge's Order of April 1, 2015, indicating that the above-captioned action has been settled, IT IS ORDERED that the instant action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 2nd day of April, 2015.

               /s/
             Fernando M. Olguin
           United States District Judge